AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
### Eastern District of California

UNITED STATES OF AMERICA,   )
                            )
v.                          )    Case No.    6:23-MJ-00008-HBK
                            )
JESSSICA JEAN SINKULE       )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; may enter Yosemite National Park only to retrieve her van, report to the US Marshals Office for processing by June 21, 2023 4:00 PM

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: US DISTRICT COURT, 2500 Tulare Street, Fresno CA, Courtroom 6
                                                                    *Place*

on Wednesday June 21, 2023 at 10:00 AM
                *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/20/23

*Defendant's signature*

Date: 6/20/2023

*Judicial Officer's Signature*

Magistrate Judge Helena Barch-Kuchta

*Printed name and title*